IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATHANIEL C. PERRY, | ) | 8:07CV291 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS COUNTY | ) | |
| CORRECTIONAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff filed his complaint in this matter (filing no. 1) while he was incarcerated at the Douglas County Correctional Center. Plaintiff also filed a motion for leave to proceed in forma pauperis ("IFP") while he was incarcerated. (Filing No. 2.) No portion of the filing fee has been paid as of the date of this order.

Since Plaintiff is no longer incarcerated, he must now file a new Application for Leave to Proceed IFP if he wishes to continue pursuing this case in forma pauperis. *See, e.g., McGann v. Comm'r, Social Security Admin.*, 96 F.3d 28, 30 (2d Cir. 1996) ("A released prisoner may litigate without further payment of fees upon satisfying the poverty affidavit requirement applicable to all non-prisoners."). Plaintiff may, in the alternative, pay the entire $350.00 filing fee. However, if Plaintiff fails to either file a new IFP application or pay the $350.00 filing fee by November 15, 2007, this case will be subject to dismissal without further notice.

IT IS THEREFORE ORDERED that:

1. The Clerk of the court shall send to Plaintiff Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

  2. By November 15, 2007, Plaintiff shall either file a new Application to Proceed in Forma Pauperis or pay the court's $350 filing fee. If Plaintiff fails to comply with this memorandum and order, this case may be subject to dismissal after November 15, 2007 without further notice.

  3. Plaintiff is reminded to keep the court informed of his current address at all times while this case is pending; failure to do so could result in dismissal.

  4. The Clerk of the court is directed to set a pro se case management deadline with the following text: November 15, 2007: deadline for Plaintiff to file new IFP application or pay filing fee.

October 12, 2007.    BY THE COURT:

            s/ Joseph F. Bataillon
            Chief United States District Judge